JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| TAGUHI AGHEKYAN,<br><br>    Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION, and DOES 1 to 10, Inclusive,<br><br>    Defendant(s). | Case No.: 2:25-cv-09892-SVW-SSC<br>[Assigned to District Judge Stephen V. Wilson and Magistrate Judge Stephanie S. Christensen]<br><br>**ORDER RE STIPULATION TO CAP PLAINTIFF'S DAMAGES AND REMAND CASE TO STATE COURT** |

    Based on the stipulation between Plaintiff, TAGUHI AGHEKYAN and Defendant, COSTCO WHOLESALE CORPORATION, the amount in controversy in this action does not exceed $75,000.00 and Plaintiff waives any damages in excess of the aforementioned amount.

    As such, this matter is outside the scope of federal jurisdiction pursuant to 28 U.S. Code Section 1332.

    Accordingly, **IT IS HEREBY ORDERED** that the parties' stipulated request to remand this matter to the Superior Court of California, County of Los Angeles, entitled

-1-

ORDER RE STIPULATION TO CAP PLAINTIFF'S DAMAGES AND REMAND CASE TO STATE COURT

*Taguhi Aghekyan v. Costco Wholesale Corporation*, Case Number 25NNCV05268, is GRANTED.

All scheduled dates and deadlines are VACATED.

**IT IS SO ORDERED.**

DATED: November 24, 2025

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

ORDER RE STIPULATION TO CAP PLAINTIFF'S DAMAGES AND REMAND CASE TO STATE COURT